# United States Court of Appeals
# for the Fifth Circuit

———

No. 22-70006

———

Brent Ray Brewer,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee.*

———

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:15-CV-50

———

ON PETITION FOR REHEARING

Before Jones, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that the petition for rehearing is DENIED.